UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                   CASE NO. 11 B 33527
                                            CHAPTER 13

GELINA C MARSAN

                                            JUDGE JACQUELINE P COX

         DEBTOR                         **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** JPMORGAN CHASE BANK

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 25 | 4 | 6082 | $5,557.56 | $6,257.56 | $6,257.56 |
| Total Amount Paid by Trustee | | | | | $6,257.56 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-33527-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 4th day of June, 2015.

Debtor:
GELINA C MARSAN
659 N WOODFIELD TRL
ROSELLE, IL 60172

Attorney:
LORRAINE M GREENBERG
150 N MICHIGAN AVE # 800
CHICAGO, IL 60601
via Clerk's ECF noticing procedures

Creditor:
JPMORGAN CHASE BANK
% SELECT PORTFOLIO SERVICING
PO BOX 65450
SALT LAKE CITY, UT 84165

Mortgage Creditor:
JPMORGAN CHASE BANK
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD STE 100
BURR RIDGE, IL 60527

Mortgage Creditor:
JPMORGAN CHASE BANK
% CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD STE 100
BURR RIDGE, IL 60527

Mortgage Creditor:
DEUTSCHE BANK NATIONAL TRUST
% CHASE RECORDS CENTER
700 KANSAS LN   MC LA4-555
MONROE, LA 71203

Creditor:
DEUTSCHE BANK NATIONAL
% JPMORGAN CHASE BANK
3415 VISION DR
COLUMBUS, OH 43219

ELECTRONIC SERVICE - United States Trustee

Date: June 04, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603