**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Gelina C. Marsan | No.  11-33527 |
| Debtor | Hon.  Jacqueline P. Cox |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on June 16, 2015, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　　　_____/s/ Ross T. Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Lorraine M. Greenberg and Tom Vaughn on June 16, 2015.

　　　　　　　　　　　　　　　　　　_____/s/ Ross T. Brand_____

Ross T. Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Gelina C. Marsan
659 N. Woodfield Trail
Roselle, IL 60172

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Lorraine M. Greenberg
150 North Michigan Avenue, Suite 800
Chicago, IL 60601